# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Document Relates To:*<br><br>*Aldrich-Kaut, et al v. General Motors, LLC*,<br>    No. 1:17-cv-09323 | 14-MD-2543 (JMF)<br><br>Hon. Jesse M. Furman |

## ~~PROPOSED~~ ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Tristan Reynolds, as Next friend of DD1 and DD2, minors, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement and Release entered into by the parties, hereby gives notice of the voluntary dismissal with prejudice of his lawsuit against General Motors LLC ("New GM"). Court approval was obtained in the 23rd Judicial District Court of Wharton County, Texas. New GM consents to the dismissal with prejudice. Plaintiff and New GM each bear their own fees and costs.

Dated:  April 4, 2024

The Clerk of Court is directed to docket this on 14-MD-2543 and 17-CV-9323.  SO ORDERED.

*[signature]*

April 5, 2024

Respectfully submitted,

*/s/ Mitchell A. Toups*
Mitchell A. Toups
Weller, Green, Toups, & Terrell, LLP
2615 Calder Ave, Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
matoups@wgttlaw.com

James R. Dugan, II
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

*Attorney for Plaintiff*